IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANNY WILLIAMS                                                                                  PLAINTIFF

v.                                    No: 5:18-cv-00313 BRW-PSH

STAN McGAHEE, *et al.*                                                                        DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Partial Recommendation in all respects.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 35) is DENIED

IT IS SO ORDERED this 27th day of December, 2019.


                                                    Billy Roy Wilson_____
                                                    UNITED STATES DISTRICT JUDGE