IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DANNY WILLIAMS**                                                      **PLAINTIFF**

v.                          No: 5:18-cv-00313 PSH

**DUSTY DODSON**                                              **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 18th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE